UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>**JOVANI AGUIRRE-SANTOYO**,<br><br>                Defendant. | CASE NO.: **22CR1025-JLS**<br><br>Hon. Janis L. Sammartino<br>Date: July 1, 2022<br>Time: 1:30 pm<br><br>**ORDER** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendants Motion Hearing/Trial Setting date of June 17, 2022, at 1:30 p.m. be continued to July 1, 2022, at 1:30 p.m., before Hon. Janis L. Sammartino.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Aguirre-Santoyo's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge